0      62 19

Withdrawn
and not
reissued.